UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLE JAMES RHOADES,<br>　　　　Plaintiff,<br>　　v.<br>R. ROBINSON, et al.,<br>　　　　Defendants. | Case No. 18-07201 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

On November 28, 2018, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, and a motion to proceed *In Forma Pauperis* ("IFP"). (Docket Nos. 1, 3.) On the same day, the Clerk sent Plaintiff a notice that the IFP motion was deficient because it did not include a Certificate of Funds in Prisoner's Account signed by an authorized officer and a prisoner trust account statement showing transactions for the last six months. (Docket No. 4.) Plaintiff was directed to file the missing documents within twenty-eight days from the date of the notice to avoid dismissal, i.e., no later than December 26, 2018. (*Id.*) Plaintiff has filed a letter with the Court indicating that the institution has been on lockdown and he has been unable to contact his correctional counselor. (Docket No. 5.)

In the interest of justice, the Court shall grant Plaintiff an extension of time to file a

1 Certificate of Funds in Prisoner's Account signed by an authorized officer and a prisoner trust account statement showing transactions for the last six months.  Plaintiff shall file the necessary documents **within twenty-eight (28) days** from the filing date of this order.

**Failure to respond in accordance with this order in the time provided will result in the dismissal without prejudice of this action without further notice to Plaintiff.**

**IT IS SO ORDERED.**

Dated: January 8, 2019

BETH LABSON FREEMAN
United States District Judge

Order Granting Ext. of Time to File Complete IFP App.
P:\PRO-SE\BLF\CR.18\07201Rhoades_eot-ifp.docx