UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLE JAMES RHOADES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. ROBINSON, et al.,<br><br>　　　　Defendants. | Case No. 18-07201 BLF (PR)<br><br>**JUDGMENT** |

　　　　The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the Court's filing fee. A judgment of dismissal without prejudice is entered.

　　　　The Clerk shall close the file.

　　　　**IT IS SO ORDERED.**

Dated: __February 13, 2019__　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\BLF\CR.18\07201Rhoades_jud.docx